# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Jason S. Thibodeax**

    vs.

**Shannon Tindor, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-901

    **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED SEPTEMBER 27, 2005.

Dated:  December 5, 2005

*Lawrence K. Baerman*
Clerk of Court

s/ S. Potter
By:  Deputy Clerk